```
              IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION


UNITED STATES OF AMERICA,       :
                                :
                                :      CRIMINAL ACTION
          v.                    :
                                :      NO. 1:01-CR-560-RWS
 JASON ANDREW MITCHELL,         :
                                :
          Defendant.            :
```

### SATISFACTION OF MONETARY PORTION OF JUDGMENT

The special assessment, fine and/or restitution portion of the judgment as to the above-listed defendant having been paid, the Clerk of the United States District Court for the Northern District of Georgia is hereby authorized and empowered to satisfy and cancel said portion of record.

```
                         Respectfully submitted,

                         SALLY QUILLIAN YATES
                         UNITED STATES ATTORNEY


                         s/Cynthia B. Smith
                         CYNTHIA B. SMITH
                         ASSISTANT UNITED STATES ATTORNEY
                         Georgia Bar No. 655473
                         600 United States Courthouse
                         75 Spring Street, S.W.
                         Atlanta, Georgia 30303
                         Phone No.:  404-581-6350
                         Fax No.:    404-581-6167
                         cynthia.smith2@usdoj.gov
```

**CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed the within and foregoing document with the Clerk of Court using the CM/ECF system and that I have served the following non-CM/ECF participant(s) by depositing a copy of the same in the United States mail addressed as follows:

> Jason Andrew Mitchell
> 516 Jefferson School Road
> Ligonier, PA 15658

This 15th day of July, 2013.

> s/Cynthia B. Smith
> CYNTHIA B. SMITH
> Assistant U.S. Attorney
> Georgia Bar No. 655473
> cynthia.smith2@usdoj.gov